220 U. S.    Cases Disposed of Without Consideration by the Court.

and *Mr. Francis Raymond Stark* for the plaintiff in error. No appearance for the defendant in error.

---

No. 168. THE WESTERN UNION TELEGRAPH COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE J. TAMER. Error to the Circuit Court of Wise County, State of Virginia. April 18, 1911. Dismissed with costs on motion of counsel for the plaintiff in error. *Mr. George H. Fearons, Mr. Rush Taggart, Mr. Francis Raymond Stark* and *Mr. Henry D. Estabrook* for the plaintiff in error. No appearance for the defendant in error.

---

No. 169. THE WESTERN UNION TELEGRAPH COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE J. TAMER. Error to the Supreme Court of Appeals of the State of Virginia. April 18, 1911. Dismissed with costs on motion of counsel for the plaintiff in error. *Mr. George H. Fearons, Mr. Rush Taggart, Mr. Francis Raymond Stark* and *Mr. Henry D. Estabrook* for the plaintiff in error. No appearance for the defendant in error.

---

No. 648. BELLE BURDETT ET AL., PLAINTIFFS IN ERROR, *v.* SUDIE M. BURDETT ET AL. Error to the Supreme Court of the State of Oklahoma. April 18, 1911. Dismissed with costs on motion of counsel for the plaintiffs in error. *Mr. Amos L. Beaty* for the plaintiffs in error. *Mr. William A. Collier* for the defendants in error.

---

No. 143. THE COMMONWEALTH OF PENNSYLVANIA EX REL. BUELL N. BURLINGAME, PLAINTIFF IN ERROR, *v.*